UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BOCONCEPT FRANCHISE, INC.,

                    Plaintiff,

v.                                                                          ORDER

HS HOLDINGS NY LLC d/b/a BOCONCEPT                    No. 21-CV-07641 (PMH)
WESTCHESTER, et al.,

                    Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On March 8, 2022, a Clerk's Certificate of Default was issued as to the defendants HS

Holdings NY LLC d/b/a BoConcept Westchester, Sanjay Chadha, and Meenu Chadha. (Doc.

10). As there has been no activity on this docket since the issuance of the Clerk's Certificate of

Default, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this

action by April 15, 2022.

SO-ORDERED:

Dated:  White Plains, New York
        April 8, 2022

_____
Philip M. Halpern
United States District Judge