UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **BOCONCEPT FRANCHISE, INC.,** | : | HON. PHILIP M. HALPERN, U.S.D.J. |
| Plaintiff, | : | **CIVIL ACTION NO.** 7:21-cv-07641 |
| v. | : | |
| **HS HOLDINGS NY LLC d/b/a BOCONCEPT WESTCHESTER, SANJAY CHADHA and MEENU CHADHA,** | : | **FINAL JUDGMENT BY DEFAULT** |
| | : | (Document Electronically Filed) |
| Defendants. | : | |
| | : | |

This action having been commenced on September 13, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, HS Holdings NY LLC, on December 17, 2021 by serving the New York Secretary of State as statutory agent, and a proof of service having been filed on February 15, 2022, and a copy of the Summons and Complaint having been served on the defendant, Sanjay Chadha, by personal service on January 22, 2022, and a proof of service having been filed on February 15, 2022, and a copy of the Summons and Complaint having been served on the defendant, Meenu Chadha, on January 22, 2022 by serving her husband, Sanjay Chadha, and a proof of service having been filed on February 15, 2022, and the defendants not having responded to the Complaint, and the time for responding to the Complaint having expired, and default having been entered by the Clerk of Court on March 8, 2022; it is ~~on this _____ day of _____, 2022.~~

**ORDERED, ADJUDGED AND DECREED**, that plaintiff BoConcept Franchise, Inc, have judgment against defendants HS Holdings NY LLC, Sanjay Chadha, and Meenu Chadha, jointly and severally, in the total amount of $656,648.62, comprised of: (a) the principal amount

111367591.1

of $375,998.59; (b) interest in the amount of $237,795.05; and (c) costs and attorneys' fees in the amount of $42,854.98; and it is further

**ORDERED, ADJUDGED AND DECREED,** that beyond the date of this Order, post-judgment interest with respect to the total amount of this Final Judgment will continue to accrue at the rate ~~allowed by law~~ of 9% per annum until the Judgment is paid in full; and it is further

**ORDERED, ADJUDGED AND DECREED,** that the Second Cause of Action of the Complaint for unjust enrichment is hereby dismissed.

Dated: ~~New York,~~ White Plains, New York
       July 13, 2022

_____
Philip M. Halpern, U.S.D.J.
~~This document was entered on the docket on _____.~~